IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RAY L. GRAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO.:   2:08-CV-1826-RDP |
| | ) |
| CENTRAL TRANSPORT, INC., | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

This case comes before the court on Defendant's motion for summary judgment. (Doc. #17.) Plaintiff has not responded to the motion.

On June 21, 2010, the Magistrate Judge recommended that Defendant's motion be granted and this case dismissed with prejudice. (Doc. 24.) No objections to the recommendation have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court is of the opinion that the Magistrate Judge's Report is due to be and is hereby **ADOPTED** and his Recommendation is **ACCEPTED**. The court **EXPRESSLY FINDS** that there are no genuine issues of material fact and that Defendant is entitled to judgment as a matter of law. Accordingly, Defendant's motion for summary judgment is due to be granted and this action is due to be dismissed with prejudice. A Final Judgment will be entered.

**DONE** and **ORDERED** this ____8th____ day of July, 2010.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE